IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00303-RBJ

EAGLE SYSTEMS & SERVICES, INC.,

    Plaintiff,

v.

EXELIS SYSTEMS CORPORATION,

    Defendant.

## ORDER STAYING CASE

This matter comes before the Court on the Unopposed Motion to Stay Case filed by defendant, Exelis Systems Corporation ("Exelis"). The Court has reviewed the motion, and finds that good cause exists to grant the relief requested.

IT IS THEREFORE ORDERED that this case is stayed for sixty days, up to and including July 13, 2012.

IT IS FURTHER ORDERED that either party may file a motion to extend the stay, if appropriate, on or before July 6, 2012.

IT IS FURTHER ORDERED that Exelis shall file its response to the complaint on or before July 16, 2012, unless the stay is extended upon subsequent motion and order.

SO ORDERED this 8th day of May, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge