IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00303-RBJ

EAGLE SYSTEMS & SERVICES, INC.,

    Plaintiff,

v.

EXELIS SYSTEMS CORPORATION,

    Defendant.

## AMENDED ORDER

The Court has discovered that its minute order [ECF No. 69], denying the defendant's motion to restrict public access to the plaintiff's Amended Complaint [ECF No. 67], mistakenly indicates that the motion was filed by the plaintiff. The Court stands by the denial of the motion for the reasons given (non-compliance with local rule 7.1A and the absence of good cause for such a broad restriction) but apologizes for the mistaken reference.

DATED this 4th day of February, 2014.

BY THE COURT:

R. Brooke Jackson
United States District Judge