IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00303-RBJ

EAGLE SYSTEMS & SERVICES, INC.,

    Plaintiff,

v.

EXELIS SYSTEMS CORPORATION,

    Defendant.

## ORDER OF DISMISSAL OF CASE WITH PREJUDICE

THE COURT, having reviewed the parties' Stipulation and Joint Motion for Dismissal of Claims with Prejudice [ECF No. 129] and, being fully advised in the premises, hereby: GRANTS the motion and ORDERS that all claims that Plaintiff, Eagle Systems & Services, Inc., asserted or could have asserted against Defendant, Exelis Systems Corporation, in this action are dismissed, with prejudice; and

FURTHER ORDERS that each party to this action shall pay its own respective attorneys' fees and costs incurred in connection with this matter and with the settlement thereof.

Dated this 3rd day of March, 2015.

*[Signature: Brooke Jackson]*

R. Brooke Jackson
United States District Judge